**LACQUER & CHEMICAL CORPORATION, Plaintiff-Appellant, v. Chester P. MILLS, et al., Defendants-Appellees. \***

Circuit Court of Appeals, Second Circuit. October 14, 1927.

No. 34.

Appeal from the District Court of the United States for the Eastern District of New York.

Affirming order, 22 F.(2d) 697.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

Philip Edward Ittmann, of New York City (J. P. Ratcliffe and R. T. Roetschi, both of Washington, D. C., of counsel), for appellant.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., and John E. O'Neill, Sp. U. S. Atty., both of Brooklyn, N. Y., of counsel), for appellees.

PER CURIAM. Affirmed in open court.

*Certiorari denied 48 Sup. Ct. 212, 72 L. Ed. ——.